

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00065-CR

Samuel Ruiz **GONZALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR11110
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 25.2(d).

SIGNED August 27, 2025.

_____
Velia J. Meza, Justice